**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

Case number *(if known)* _____    Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Kneeworx Medical Services LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 87-2745952 |

4. Debtor's address

**Principal place of business**

**14505 MIcawber Way**
**Louisville, KY 40245**
Number, Street, City, State & ZIP Code

**Jefferson**
County

**Mailing address, if different from principal place of business**

**14505 Micawber Way**
**Louisville, KY 40245-4075**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**3010 Eastpoint Pkwy Louisville, KY 40223-4185**
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)    **Kneeworx.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    __Kneeworx Medical Services LLC_____     Case number (*if known*)_____
      Name

**7.**  **Describe debtor's business**     A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply.*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor   **Kneeworx Medical Services LLC**                          Case number (*if known*) _____
         Name

**10.  Are any bankruptcy cases**     ■ No
      **pending or being filed by a**     ☐ Yes.
      **business partner or an**
      **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

**11.  Why is the case filed in**     *Check all that apply:*
      *this district?*
                                      ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                          preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                      ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**     ■ No
      **have possession of any**     ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**          **Why does the property need immediate attention?** (*Check all that apply.*)

                                         ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                             What is the hazard? _____

                                         ☐ It needs to be physically secured or protected from the weather.

                                         ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                             livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                         ☐ Other _____
                                         **Where is the property?** _____
                                                                    Number, Street, City, State & ZIP Code

                                         **Is the property insured?**

                                         ☐ No

                                         ☐ Yes.   Insurance agency _____
                                                   Contact name   _____
                                                   Phone          _____

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of**     .    *Check one:*
      **available funds**
                                         ☐ Funds will be available for distribution to unsecured creditors.

                                         ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**     ■ 1-49                    ☐ 1,000-5,000           ☐ 25,001-50,000
      **creditors**               ☐ 50-99                   ☐ 5001-10,000           ☐ 50,001-100,000
                                   ☐ 100-199                 ☐ 10,001-25,000         ☐ More than100,000
                                   ☐ 200-999

---

**15.  Estimated Assets**     ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                              ■ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.  Estimated liabilities**     ☐ $0 - $50,000          ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

---

Debtor   **Kneeworx Medical Services LLC**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☑ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor   **Kneeworx Medical Services LLC**
   Name                                                        Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 30, 2023__
                 MM / DD / YYYY

X **/s/ Maceo Camillo Ramon Jourdan**
    Signature of authorized representative of debtor

**Maceo Camillo Ramon Jourdan**
Printed name

Title    **President**

---

**18. Signature of attorney**

X **/s/ Nick C. Thompson**               Date   **June 30, 2023**
    Signature of attorney for debtor                   MM / DD / YYYY

**Nick C. Thompson ~83381 KY**
Printed name

**Nick C. Thompson Bankruptcy Attorney**
Firm name

**800 Stone Creek Pkwy Ste 6**
**Louisville, KY 40223-5366**
Number, Street, City, State & ZIP Code

Contact phone   **(502) 625-0905**     Email address   **Bankruptcy@Bankruptcy-Divorce.com**

**83381 KY**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Kneeworx Medical Services LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Audrey Burton 7310 Hibernia Rd Charlestown, IN 47111-9489** | | | | | | $505.24 |
| **Bioventus 4721 Emperor Blvd Ste 100 Durham, NC 27703-8580** | | | | | | $10,075.00 |
| **Capital Solutions Bancorp 12761 World Plaza Ln Ft. Meyers, FL 33907** | | | | | | $64,012.00 |
| **Charity Sharp 3161 Taylor Dr Clarksville, IN 47129-1438** | | | | | | $1,109.51 |
| **Chase P.O. Box 6294 Carol Stream, IL 60197** | | | | | | $21,317.00 |
| **Iheart Media 20880 Stone Oak Pkwy San Antonio, TX 78258-7460** | | | | | | $27,149.85 |
| **Kimberly Edwards 11709 Cortner Rd Marysville, IN 47141-9675** | | | **Contingent Disputed Subject to Setoff** | | | $2,692.31 |
| **McKesson Medical 2 National Data Plaza NE, 3rd Floor Atlanta, GA 30329** | | | | $19,742.61 | $36,400.00 | $19,742.61 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Kneeworx Medical Services LLC** | Case number *(if known)* |
|--------|-----------------------------------|--------------------------|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Medline<br>3 Lakes Dr<br>Northfield, IL<br>60093-2753 | | | | | | $1,354.28 |
| North Star Leasing<br>P.O. Box 4505<br>Burlington, VT 05406 | Office equipment | | | $89,385.00 | $36,400.00 | $52,985.00 |
| Spectrum<br>300 S. Tryon Street<br>Suite 200<br>Charlotte, NC 28202 | | | | | | $586.35 |
| Susan Scuffle<br>206 Beechwood Cir<br>Mount Washington,<br>KY 40047-7250 | | | | | | $4,038.46 |
| The Five Star Group<br>10403 Coachouse Pl<br>Louisville, KY<br>40223-3439 | | | Contingent Disputed Subject to Setoff | | | $16,000.00 |
| US Bank<br>P.O. Box 790408<br>St. Louis, MO 63179 | | | | | | $21,245.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **Kneeworx Medical Services LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☑ Operating a business<br>**180,000  expenses**<br>☐ Other  **210,000** | **$0.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>**585,000 net losss of**<br>☐ Other  **34,000** | **$0.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3.
*Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their

Debtor    **Kneeworx Medical Services LLC**                                                            Case number *(if known)*

relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Sara Miller v Kneeworx medical services, LLC and Canexxia Equity Partners LLC** 23-CI-003017 | **Claim for breach of contract** | **Jefferson Circuit 600 West Jefferson Street Louisville   40202** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **No case number unpaid wages** | | **Kentucky Labor Cabinet 500 Mero St # 4-SC Frankfort, KY 40601-1987** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| | | $0.00 |
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Kneeworx Medical Services LLC**                                    Case number *(if known)*

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Nick Thompson 800 Stone Creek Pkwy Ste 6 Louisville, KY 40223-5366** | | **6-30-2023** | **$5,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List all transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **Kneeworx Medical Services LLC** | Case number *(if known)* |
|---|---|---|

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **4545 E. Enrose St. Mesa, AZ 85235** | **11/2018 - 12/2020** |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Kneeworx Medical Services LLC** | **Injections for artritis under aprn supervision** | **680 per year** |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept? *Check all that apply:* ■ Electronically ■ Paper |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Kneeworx Medical Services LLC** | Case number *(if known)* |
|--------|-----------------------------------|--------------------------|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|------------------------------------------|-----------------------------------------------|------------------------------|-----------------------------|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|----------------------------|------------------------------------|------------------------------|-----------------------------|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|----------------------------|-----------------------------------|---------------------|-----------------|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|------------------------|-------------------------------------|------------------------------|-----------------|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Kneeworx Medical Services LLC**                              Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **Kneeworx Medical Services LLC**<br>**3010 Eastpoint Parkway**<br>**Louisville, KY 40223** | **Medical services** | **EIN:**<br><br>**From-To**   08/18/2021, 03/30/2023 |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **800 Accountant**<br>**260 Madison Ave Ste 1001**<br>**New York, NY 10016-2400** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **800 Accountant**<br>**260 Madison Ave Ste 1001**<br>**New York, NY 10016-2400** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **North Star Leasing**<br>**P.O. Box 4505**<br>**Burlington, VT 05406** |
| 26d.2.   **Fora Financial AS 2, LLC**<br>**1385 Broadway**<br>**New York, NY 10018** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Kneeworx Medical Services LLC**                                  Case number *(if known)* _____

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | _____ | _____ | _____ |
| | Name and address of the person who has possession of inventory records | | |
| | No inventory exists | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Maceo Camillo Ramon Jourdan** | **14505 Micawber Way Louisville, KY 40245-4075** | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | Took a Salary draw that month to pay his rent. He was medically unable to work that month. Otherwise he lived on savings while the business continued to take losses last year. |
| | **Maceo Jourdan 145005 Micawber Way Louisville, KY 40201** | **2400 salary draw** | **March 2023** | |
| | Relationship to debtor **President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Kneeworx Medical Services LLC** | Case number *(if known)* | |
|---|---|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 30, 2023**

| /s/ Maceo Camillo Ramon Jourdan | Maceo Camillo Ramon Jourdan |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor      **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No

☐ Yes

**Fill in this information to identify the case:**

Debtor name        **Kneeworx Medical Services LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| 11b. Over 90 days old: | **175,000.00** | - | **75,000.00** | =.... | **$100,000.00** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

12.      **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$100,000.00** |
| --- |

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Kneeworx Medical Services LLC**                                          Case number *(If known)* _____
         Name

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    Crops—either planted or harvested** | | | |
| **29.    Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **30.    Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| **31.    Farm and fishing supplies, chemicals, and feed** | | | |
| **32.    Other farming and fishing-related property not already listed in Part 6** | | | |

**33.    Total of Part 6.**                                                                          $0.00

Add lines 28 through 32.  Copy the total to line 85.

**34.    Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| **40.    Office fixtures** | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Debtor    **Kneeworx Medical Services LLC**                                   Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Office Furniture and equipment: Mobile DI mini C-arm, exam chairs UCC was filed by Nort Star Leasing and McKeeson Medical** | $30,000.00 | | $30,000.00 |
| **Electronics: Computers, IP phones** | $1,400.00 | | $1,400.00 |
| **Non-class III drugs, medical supplies, office supplies** | $5,000.00 | | $5,000.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.                                    | $36,400.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Kneeworx Medical Services LLC**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $100,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $36,400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $136,400.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $136,400.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Kneeworx Medical Services LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2.1  McKesson Medical**<br>Creditor's Name | $19,742.61 | $36,400.00 |

Describe debtor's property that is subject to a lien

**All assets of the Debtor, wherever located and whether now or hereafter existing and whether now owned or hereafter acquired, of every kind and description, tangible or intangible, including without limitation all accessions thereto and a**

2 National Data Plaza NE, 3rd Floor
Atlanta, GA 30329
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number
**3309**

Do multiple creditors have an interest in the same property?

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. North Star Leasing**
**2. McKesson Medical**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2  North Star Leasing**<br>Creditor's Name | $89,385.00 | $36,400.00 |
|---|---|---|

Describe debtor's property that is subject to a lien

**1) Orthoscan Moble DI - Digital X-Ray/Fluoroscopy Combination w/ 20% KVP boost feature Ultra-high resolution 2k x 1.5k HD imaging chain, SN: 5M0350 1) Mediluxe Rx4-2000 Surgical Procedure Chair 10) OAide3000 unloading knee brace with suspen**

P.O. Box 4505
Burlington, VT 05406
Creditor's mailing address

Describe the lien

**1) Orthoscan Moble DI - Digital X-Ray/Fluoroscopy Combination w/ 20% KVP boost f**

Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

Debtor   **Kneeworx Medical Services LLC**                                    Case number (If known) _____
         <sub>Name</sub>

**Date debt was incurred**              ■ No

**02/16/2023**                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. North Star Leasing** | |
| **2. McKesson Medical** | |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$109,127.61** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Kneeworx Medical Services LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Audrey Burton**<br><br>**7310 Hibernia Rd**<br>**Charlestown, IN 47111-9489**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$505.24** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Bioventus**<br><br>**4721 Emperor Blvd Ste 100**<br>**Durham, NC 27703-8580**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,075.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Capital Solutions Bancorp**<br><br>**12761 World Plaza Ln**<br>**Ft. Meyers, FL 33907**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$64,012.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Charity Sharp**<br><br>**3161 Taylor Dr**<br>**Clarksville, IN 47129-1438**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,109.51** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com
G1454

Debtor  **Kneeworx Medical Services LLC**                                           Case number (if known) _____
     Name

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,317.00** |

**3.5** **Chase**

P.O. Box 6294
Carol Stream, IL 60197

Date(s) debt was incurred __

Last 4 digits of account number  **1272**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$21,317.00**

---

**3.6** **Iheart Media**

20880 Stone Oak Pkwy
San Antonio, TX 78258-7460

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$27,149.85**

---

**3.7** **Kimberly Edwards**

11709 Cortner Rd
Marysville, IN 47141-9675

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**$2,692.31**

---

**3.8** **Medline**

3 Lakes Dr
Northfield, IL 60093-2753

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,354.28**

---

**3.9** **Spectrum**

300 S. Tryon Street Suite 200
Charlotte, NC 28202

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$586.35**

---

**3.10** **Susan Scuffle**

206 Beechwood Cir
Mount Washington, KY 40047-7250

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,038.46**

---

**3.11** **The Five Star Group**

10403 Coachouse Pl
Louisville, KY 40223-3439

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

**$16,000.00**

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Kneeworx Medical Services LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,245.00 |
| --- | --- | --- | --- |

**US Bank**

P.O. Box 790408
St. Louis, MO 63179

Date(s) debt was incurred __

Last 4 digits of account number  1577

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 170,085.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 170,085.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Kneeworx Medical Services LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Lease of business office** | |
| State the term remaining | **Galpern and Hobbs LLC**<br>**3012 Eastpoint Pkwy**<br>**Louisville, KY 40223-4185** |
| List the contract number of any government contract | |

| **Fill in this information to identify the case:** |
|---|
| Debtor name    **Kneeworx Medical Services LLC** |
| United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br><br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name   **Kneeworx Medical Services LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................ $ **439,717.17**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................... $ **439,717.17**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $ **109,127.61**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ **170,085.00**

4. **Total liabilities** .....................................................................................
   Lines 2 + 3a + 3b                                                                               $ **279,212.61**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Kneeworx Medical Services LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2023**        X  **/s/ Maceo Camillo Ramon Jourdan**
                                        Signature of individual signing on behalf of debtor

                                        **Maceo Camillo Ramon Jourdan**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky, Louisville Division

In re    **Kneeworx Medical Services LLC**

Debtor(s)    Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

    **Debtor's counsel is prohibited by 11 U.S.C. §362 and 11 U.S.C. §524 from requesting, in any manner, payment of any unpaid prepetition legal fees, and debtor 's counsel may only accept any debtor's voluntary payment after entry of discharge.**

    **THIS AGREEMENT is for an uncontested busienss bankruptcy. The fee is 5000 dollars for a Small busines corporate Chapter 7 petition. CLIENT shall pay, all court costs and expenses incidental to representation including travel expenses. CLIENT agrees to make prompt payment. Court costs expenses and collection fees including attorney fees and bank fees assessed should client default in payment or checks are returned. Additional fees are charged for post-petition work, including any deposition, 2004 examination, adversary proceeding, appeal, redemption, or motion to avoid a lien. Charges are based on hours worked at 250 per hour for office work and 350 in court if such services are performed. If a case becomes contested, additional fees apply.**

    **The client hereby certifies that he has reviewed the petition, its accuracy and exit letter that explains bankruptcy and the client's rights and responsibilities. It is the client's responsibility to list all of the assets and debts, and to co-operate with the trustee including delivering to the trustee any required documentation. The client states that he has disclosed herein all of his assets and or transfers of any assets within the last two years including any fraudulent or preferential transfers and pending lawsuits. The meaning of preferential and fraudulent transfers which is any non-contemporanous transfer for less than reasonable value has been explained. Attorney fees are not refundable after work is performed.**

    ____/s/_____

    **Debtor(s).**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Contested matters such as motions to strip liens, mortgages or redeem property. Adversary proceedings, depositions or 2004 examinations are at an additiional cost.**

In re    **Kneeworx Medical Services LLC**                          Case No. _____
                          Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### (Continuation Sheet)

| **CERTIFICATION** |
| :--- |

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 30, 2023**                                                    **/s/ Nick C. Thompson**
*Date*                                                               **Nick C. Thompson ~83381 KY**
                                                                     *Signature of Attorney*
                                                                     **Nick C. Thompson Bankruptcy Attorney**

                                                                     **800 Stone Creek Pkwy Ste 6**
                                                                     **Louisville, KY 40223-5366**
                                                                     **(502) 625-0905   Fax: (502) 625-0940**
                                                                     **Bankruptcy@Bankruptcy-Divorce.com**
                                                                     *Name of law firm*

**United States Bankruptcy Court**
**Western District of Kentucky, Louisville Division**

IN RE:                                                                Case No. _____

<u>Kneeworx Medical Services LLC</u>_____  Chapter **7**_____
                    Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 30, 2023**_____        Signature: ***/s/ Maceo Camillo Ramon Jourdan***_____
                                              **Maceo Camillo Ramon Jourdan, President**                Debtor

Date: _____        Signature: _____
                                                                                                    Joint Debtor, if any

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Audrey Burton
7310 Hibernia Rd
Charlestown, IN  47111-9489


Bioventus
4721 Emperor Blvd Ste 100
Durham, NC  27703-8580


Capital Solutions Bancorp
12761 World Plaza Ln
Ft. Meyers, FL  33907


Charity Sharp
3161 Taylor Dr
Clarksville, IN  47129-1438


Chase
P.O. Box 6294
Carol Stream, IL  60197


Galpern and Hobbs LLC
3012 Eastpoint Pkwy
Louisville, KY  40223-4185


Greenberg, Grant & Richards, Inc.
5858 Westheimer Rd Ste 500
Houston, TX  77057-5645

Iheart Media
20880 Stone Oak Pkwy
San Antonio, TX  78258-7460


Kimberly Edwards
11709 Cortner Rd
Marysville, IN  47141-9675


McKesson Medical
2 National Data Plaza NE, 3rd Floor
Atlanta, GA  30329


Medline
3 Lakes Dr
Northfield, IL  60093-2753


North Star Leasing
P.O. Box 4505
Burlington, VT  05406


Spectrum
300 S. Tryon Street Suite 200
Charlotte, NC  28202


Susan Scuffle
206 Beechwood Cir
Mount Washington, KY  40047-7250

The Five Star Group
10403 Coachouse Pl
Louisville, KY  40223-3439


Thomas G. Yancey
Mayo-Underwood Building
500 Mero St Ste 3
Frankfort, KY  40601-1957


US Bank
P.O. Box 790408
St. Louis, MO  63179